# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | JOHN E ELLSWORTH |
| **Case Number:** | 17-05234-LT13   **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, AUGUST 23, 2018 10:00 AM   DEPARTMENT 3 |
| **Bankruptcy Judge:** | LAURA S. TAYLOR |
| **Courtroom Clerk:** | SHAWNA ZUCCONI |
| **Reporter / ECR:** | SUE ROSS |

### Matter:

MOTION FOR RELIEF FROM STAY, RS # BDA-1 FILED ON BEHALF OF EXETER FINANCE LLC

### Appearances:

ELIZABETH BOOMER, ATTORNEY FOR EXETER FINANCE, LLC

### Disposition:

Off calendar as resolved by stipulated adequate protection order.