**CSD 1159A** [07/01/18]
Name, Address, Telephone No. & I.D. No.
BRET D. ALLEN, SB #300192
ALLEN LAW OFFICE, INC.
2372 MORSE AVENUE STE 431
IRVINE, CA 92614
TELEPHONE: 214-347-9006; FAX: 214-602-5642
BRET@BRETALLEN.COM

Order Entered on
August 23, 2018
by Clerk U.S. Bankruptcy Court
Southern District of California

### UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| In Re<br><br>John E Ellsworth<br>Debtor. | BANKRUPTCY NO. 17-05234-LT13 |
|---|---|
| Exeter Finance LLC<br>Movant(s) | RS NO. BDA-1 |
| v.<br>John E Ellsworth – Debtor; and David L Skelton - Chapter 13 Trustee<br>Respondent(s) | Date of Hearing: 08/23/2018<br>Time of Hearing: 10:00 AM<br>Name of Judge: Laura S. Taylor |

## ORDER ON
## ADEQUATE PROTECTION STIPULATION

The court orders as set forth on the continuation pages attached and numbered _2_ through _2_ with exhibits, if any, for a total of _2_ pages. Motion/Application Docket Entry No. _37_.

//

//

//

//

//

DATED: August 23, 2018

Judge, United States Bankruptcy Court

CSD 1159A [07/01/18]                                                                                                    Page **2** of **2**

ORDER ON ADEQUATE PROTECTION STIPULATION
DEBTOR:   JOHN E Ellsworth                                                                      CASE NO.:17-05234-LT13
                                                                                                                       RS NO.:BDA-1

---

Secured Creditor, Exeter Finance LLC, ("Creditor"), by and through its attorney of record, Bret D. Allen, and John E Ellsworth ("Debtor"), by and through his attorney of record, Thomas B. Gorrill, acknowledge Creditor's security interest in the vehicle described as 2014 Mercedes-Benz E-Class Sedan 4D E350 V6  (V.I.N. WDDHF5KB5EA980054 ("Collateral") and agree to the following terms:

1. Debtor is current on the Creditor's obligation through July 2018. Debtor shall remit the regular post-petition monthly payments commencing August 25, 2018 and continuing untill all outstanding amounts under the Contract are paid in full.

2. Debtor shall timely perform all of their obligations under the Retail Installment Contract as they come due, including but not limited to the maintaining insurance coverage.

3. In the event Debtor fails to timely perform any of the obligations set forth in this Order, Movant shall notify Debtor and Debtor's counsel of the default in writing.  Movant shall give Debtor's attorney of record written notice of the default by email at tgorrill@gorillalaw.com. Movant shall give Debtor written notice of the default by mail or personal service.  Debtor shall have ten (10) calendar days from the date of the written notification to cure the default.

4. If Debtor fails to cure the default within ten (10) days of the date of service of the notice, Movant can seek ex-parte relief after giving 72 hour telephonic notice to attorney of record for Debtor, followed by written notice to all interested parties, submission of a declaration of the breach, and the lodging of an order terminating the automatic stay.  If Debtor request a hearing prior to the expiration of the 72 hour notice, the only issue will be whether this default was cured in the 10 day notice period.  Attorney for Debtor will accept email notification at tgorrill@gorillalaw.com of this ex parte notice and declaration in addition to mail or personal service of the same.

5. This stipulation is not intended to impose any additional duties on the Chapter 13 Trustee.  The Trustee is not under any duty to respond to any notices pursuant to this stipulation and it shall be the Debtor's burden to establish timely compliance with any payment terms in the stipulation.  Trustee's records do not necessarily indicate the date of the receipt of payment and therefore such records are not to be relied upon for that purpose.  If hearing is requested pursuant to this stipulation, such hearing shall be calendared for and occur on the Chapter 13 Trustee's regular law and motion calendar.

6. The parties agree that in the event the stay is terminated pursuant to the terms of this Stipulation, Movant may immediately enforce and implement this Order granting relief from the automatic stay and that the provision of Rule 4001(a)(3), Federal Rules of Bankruptcy Procedure, shall not impede the enforcement and implementation of this Order.

7. Attorney's fees in the sum of $500 are allowed to Debtor's counsel, Thomas Gorrill, as an administrative cost of the case to be paid through the confirmed plan.

IT IS SO ORDERED.

APPROVED AT TO FORM AND CONTENT:

_____
Thomas B. Gorrill
Attorney for Debtor

CSD 1159A

Signed by Judge Laura Stuart Taylor August 23, 2018

```
                          United States Bankruptcy Court
                          Southern District of California
In re:                                                         Case No. 17-05234-LT
John E Ellsworth                                               Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0974-3          User: Admin.              Page 1 of 1         Date Rcvd: Aug 23, 2018
                              Form ID: pdf01            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2018.
db             +John E Ellsworth,    4923 Long Branch Avenue,    San Diego, CA 92107-2115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2018                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2018 at the address(es) listed below:
              Bret D. Allen    on behalf of Creditor   Exeter Finance LLC bankruptcy@bretallen.com,
               ca.ecf@bretallen.com
              David L. Skelton    admin@ch13.sdcoxmail.com;dskelton13@ecf.epiqsystems.com
              Thomas B. Gorrill    on behalf of Debtor John E Ellsworth tgorrill@gorillalaw.com,
               r53431@notify.bestcase.com
              United States Trustee    ustp.region15@usdoj.gov
                                                                                             TOTAL: 4